195 So. 284

### Buck JETTON v. STATE.
### 8 Div. 37.

Supreme Court of Alabama.
March 28, 1940.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the motion.
S. A. Lynne, of Decatur, opposed.

FOSTER, Justice.

Petition of the State of Alabama by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Jetton v. State, 195 So. 283.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.